IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIKAYLA GAFFNEY, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : : | |
| XOLO TACOS 2, INC., *Defendant* | : : | No. 19-711 |

## ORDER

**AND NOW**, this 31st day of March, 2020, upon consideration of the Joint Petition for Settlement (Doc. No. 13) and Plaintiff's supplemental brief and accompanying filings (Doc. No. 16), it is **ORDERED** that the Joint Petition (Doc. No. 13) is **DENIED WITHOUT PREJUDICE**. The parties shall submit to the Court a revised settlement agreement, a renewed joint petition, and any supporting documentation within 21 days of the date of this order.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1