IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKAYLA GAFFNEY, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 2:19-cv-00711 |
| : | |
| XOLO TACOS 2, INC., : | |
| : | |
| Defendant. : | |

## JOINT MOTION FOR AN ORDER APPROVING SETTLEMENT

Plaintiff Mikayla Gaffney and Defendant Xolo Tacos 2, Inc., by and through their undersigned attorneys, having reached a resolution of the claims of Plaintiff under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act (PMWA), hereby move before this Honorable Court for an Order Approving the proposed Settlement Agreement and dismissing the instant matter with prejudice.  The Parties' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

WHEREFORE, the Parties request that this Honorable Court grant this Motion, approve the settlement of this action, and dismiss this action with prejudice. A proposed Order is attached as Exhibit "E."

Respectfully submitted,

| | |
|---|---|
| */s/ Preeya Bansal* | */s/ Sarah Lavelle* |
| Preeya Bansal, Esq. | David M. Koller, Esq. |
| Murphy Law Group, LLC | Sarah R. Lavelle, Esq. |
| Eight Penn Center, Suite 2000 | Koller Law, LLC |
| 1628 John F. Kennedy Blvd. | 2043 Locust Street, Ste. 1B |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| pbansal@phillyemploymentlawyer.com | davidk@kollerlawfirm.com |
| *Attorneys for Plaintiff* | slavelle@kollerlawfirm.com |
| | *Attorneys for Defendant* |

Dated: 4/21/2020

## **CERTIFICATE OF SERVICE**

I, Preeya Bansal, Esquire, hereby certify that on April 21, 2020, I caused a true and correct copy of the foregoing to be sent to the following counsel via ecf notification:

David M. Koller, Esq.
Sarah R. Lavelle, Esq.
Koller Law, LLC
2043 Locust Street, Ste. 1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com
slavelle@kollerlawfirm.com
*Attorney for Defendant*

    /s/ Preeya Bansal
   Preeya Bansal, Esq.

Dated: 4/21/2020