# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| MIKAYLA GAFFNEY | : |
| | : |
| Plaintiff, | : |
| | :   CIVIL ACTION |
| v. | : |
| | :   No. 19-00711 |
| XOLO TACOS 2, INC. | : |
| | : |
| Defendant. | : |

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint and all claims pled therein, with each party to bear its own costs.

| | |
|---|---|
| **MURPHY LAW GROUP, LLC** | **KOLLER LAW, LLC** |
| /s/ *Preeya Bansal* | /s/ *Sarah Lavelle* |
| Preeya Bansal, Esq. | DAVID M. KOLLER, ESQ. |
| Michael Murphy, Esq. | SARAH R. LAVELLE, ESQ. |
| Eight Penn Center, Suite 2000 | 2043 Locust Street, Suite 1B |
| 1628 John F. Kennedy Blvd. | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | TEL: 215-545-8917 |
| TEL: 267-273-1054 | FAX: 215-5750826 |
| FAX: 215-525-0210 | davidk@kollerlawfirm.com |
| pbansal@phillyemploymentlawyer.com | slavelle@kollerlawfirm.com |
| murphy@phillyemploymentlawyer.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

Date: July 14, 2020         Date: July 14, 2020

1

## **CERTIFICATE OF SERVICE**

I, Preeya Bansal, Esquire, hereby certify that on July 14, 2020, I caused a true and correct copy of the foregoing to be sent to the following counsel via ecf notification:

David M. Koller, Esq.
Sarah R. Lavelle, Esq.
Koller Law, LLC
2043 Locust Street, Ste. 1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com
slavelle@kollerlawfirm.com
*Attorney for Defendant*

    /s/ Preeya Bansal
    Preeya Bansal, Esq.

Dated: July 14, 2020